**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Adewale Johnson ALADEKOBA, a/k/a Jay Johnson, a/k/a Orlando Percival McGregory, a/k/a Wally, Defendant–Appellant.**

No. 10–7523.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 6, 2011.

Adewale Johnson Aladekoba, Appellant Pro Se. Jamie Michelle Bennett, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adewale Johnson Aladekoba seeks to appeal the district court's orders denying

his criminal motions and petition for writ of error audita querela in which he sought to challenge his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Aladekoba,* No. 1:93–cr–00018–WMN–3 (D. Md. June 1, 2010) & 2010 WL 4054267 (Oct. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*